**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01130-CV

### CARLOS A.L. VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13686-C**

## ORDER

By postcard dated October 31, 2013, we notified court reporter Antonette Regor that the reporter's record was overdue. We directed Ms Regor to file the record within thirty days. To date, we have not received any response. This appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** court reporter Antonette Regor to file, within **THIRTY DAYS** of the date of this order, either the reporter's record, written verification that no hearings were recorded, or written verification that appellant has not requested the record.

Appellant's brief shall be filed within thirty days after the date the Court receives the

reporter's record or the required documentation from the court reporter.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE